**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
                    *Plaintiff-Appellee,*

v.

STATE OF WASHINGTON; SWINOMISH
INDIAN TRIBAL COMMUNITY; LUMMI
NATION; UPPER SKAGIT INDIAN
TRIBE; CONFEDERATED TRIBES AND
BANDS OF THE YAKAMA INDIAN
NATION; TULALIP TRIBES; PORT
GAMBLE S'KLALLAM INDIAN TRIBE;
JAMESTOWN S'KLALLAM INDIAN
TRIBE,
                    *Defendants-Appellees,*

v.

SAMISH INDIAN TRIBE,
                    *Movant-Appellant.*

No. 08-35794

D.C. Nos.
2:01-sp-00002-RSM
2:70-cv-09213-RSM

ORDER

Filed August 19, 2009

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35-3.

11785

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.